ACCEPTED
01-14-00969-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/21/2015 9:52:54 AM
CHRISTOPHER PRINE
CLERK

# Hubbard Law Firm

Attorneys and Counselors at Law
1075 Kingwood Drive, Suite 203
Kingwood, Texas 77339
Telephone: (281) 358-7035
Facsimile: (281) 358-7008
Email: phubbard@patrickhubbardlaw.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/21/2015 9:52:54 AM

CHRISTOPHER A. PRINE
Clerk

January 21, 2015

**By Facsimile: 713-755-1173**
Dwayne Gilmore
Harris County District Clerk
Attention: Post Judgment

Re: Trial Court Cause No. 2012-56941; Bryan Black vs. Smith Protective Services, Inc.; 189th Judicial District Court; First Court of Appeals Case No. 01-14-00969-CV

Dear Dwayne:

   This letter will confirm your conversation with my legal assistant, Cathy Lang, wherein you confirmed that the clerk's record has not been prepared as yet and you will be requesting an extension of time to file the clerk's record to the Court of Appeals today. You also confirmed with Ms. Lang that as soon as the record has been prepared, you will contact our office so that we can pay the costs for the record.

   Thank you.

Sincerely,

Patrick G. Hubbard
Attorney for Bryan Black

PGH:cjl